**FILED**
**AUG 29 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

KAREN KARAM
JOSEPH A. KARAM,

v.

LION CAPITAL MAMAGEMENT GROUP
LION SELECT PORTFOLIO MASTER
FUND, LTD
LION ABSOL,

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

**CV 08 80171 MISC VRW**

Case Number: 08-13132

I, DAVID J. WEAVER, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on **APRIL 4, 2008**, as it appears in the records of this court, and that:

*\*No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.*

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on:

August 25, 2008.

DAVID J. WEAVER, CLERK

By _____
Deputy Clerk

---

*Insert the appropriate language:..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [\*] have been disposed of, the latest order disposing of such a motion having entered on [date]."..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]."... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[\*Note: The motions listed in Rule 4(a), Fed R. App. P. are motions for: judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN KARAM AND JOSEPH A. KARAM,

    Plaintiffs,

vs.

Case No. 2:08-cv-10132
Hon. David M. Lawson

LION CAPITAL MANAGEMENT GROUP,
LION SELECT PORTFOLIO MASTER FUND, LTD.,
LION ABSOLUTE VALUE FUND, LP AND
DR. HAUSMANN-A. BANET,

    Defendants.
_____/

BUTZEL LONG, P.C.
By: John E. Benko (P58874)
150 W. Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Attorneys for Plaintiffs
_____/



FILED
APR - 4 2008
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

FILED
APR - 4 2008
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

## JUDGMENT

The Clerk of this Court having granted Plaintiff Joseph Karam's Request for Entry of Default Judgment now enters a Judgment as follows:

IT IS ORDERED that a Judgment is entered against Defendants Lion Capital Management Group, Lion Select Portfolio Mater Fund, Ltd., Lion Absolute Value Fund, LP and Dr. Hausmann-A. Banet, jointly and severally, and in favor of Joseph Karam in the amount of $444,646.18. Joseph Karam is entitled to continue to receive interest at a rate of 10% pursuant to the terms of the written agreement between the parties on any unpaid balance until the Judgment is satisfied.

CLERK OF THE COURT

I hereby certify that the foregoing is a true copy of the original on file in this Office.
996831
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By_____
    Deputy,